MINNIE L. ACKERMAN, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

Reported below, 76 Hun, 484.
(Argued January 27, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 16, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William N. Cohen* for appellant.

*A. Walker Otis* for respondent.

Judgment affirmed, with costs; no opinion. .
All concur.

———————

FRANK D. WRIGHT, Respondent, *v.* GEORGE MASTIN et al., Appellants.

Reported below, 75 Hun, 612.
(Argued January 27, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Henry Daily, Jr.,* for appellants.

*Frank C. Cushing* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.

———————

GEORGE GERBIG, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

Reported below, 75 Hun, 605.
(Argued January 27, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made February 12, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*Arthur S. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.